# COOK BROWN, LLP

*Attorneys at Law*

555 CAPITOL MALL, SUITE 425, SACRAMENTO, CALIFORNIA 95814-4503
TELEPHONE: 916. 442. 3100   FAX: 916. 442. 4227
WWW.COOKBROWN.COM

DENNIS B. COOK
RONALD W. BROWN
GEOFFREY F. GEGA
BRIAN D. BERTOSSA
TERRY A. WILLS
CARRIE E. BUSHMAN
BARBARA A. COTTER
LISA V. RYAN
REGINA SILVA
STEPHEN R. MCCUTCHEON, JR.
BRENT J. SEIFERT
ROBERT L. BOUCHER

JAMES E. MESNIER
OF COUNSEL

1851 E. FIRST STREET
SUITE 1440
SANTA ANA
CALIFORNIA 92705-4044
714. 542. 1883
FAX 714. 542. 1009

450 LINCOLN AVENUE
SUITE 202
SALINAS
CALIFORNIA 93901-2686
831. 755. 7940
FAX 831. 755. 7944

RESPOND TO:
SACRAMENTO

File No. 8253

June 17, 2009

**SENT VIA ELECTRONIC FILING**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Board of Trustees v. Gregory W. Terry, et al.*
       Case No. C 08-05708 JCS

Dear Judge Spero:

I represent Defendants Gregory Terry and Auburn Gardening & Landscape in connection with the above-referenced matter. I would like to request telephonic appearance for the Case Management Conference set for June 26, 2009 at 1:30 p.m. I can be reached at (916) 442-3100 for the telephonic appearance. Thank you.

Sincerely,

COOK BROWN, LLP

STEPHEN R. MCCUTCHEON, JR.

SRM/bp

Dated: June 18, 2009



IT IS SO ORDERED
Judge Joseph C. Spero

Telephonic Appearance Request ltr 061709