BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone:    510.337.1001
Fax:              510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their ) No.   CV 08 5708 JCS
capacities as Trustees of the LABORERS )
HEALTH AND WELFARE TRUST FUND )
FOR NORTHERN CALIFORNIA; )
LABORERS VACATION-HOLIDAY TRUST ) **STIPULATION FOR DISMISSAL**
FUND FOR NORTHERN CALIFORNIA; ) **WITHOUT PREJUDICE UPON**
LABORERS PENSION TRUST FUND FOR ) **SETTLEMENT OF CASE**
NORTHERN CALIFORNIA; and LABORERS )
TRAINING AND RETRAINING TRUST )
FUND FOR NORTHERN CALIFORNIA, )
)
        Plaintiff, )
)
v. )
)
GREGORY W. TERRY, Individually; )
GREGORY W. TERRY, Individually and doing )
business as AUBURN GARDENING & )
LANDSCAPE; AUBURN GARDENING & )
LANDSCAPE, )
)
        Defendants. )

///

///

///

///

///

The undersigned parties, having reached a settlement in the above- referenced case, hereby stipulate and request that the Court so order that the above-entitled matter be dismissed without prejudice. Once the Defendants have met all the terms and conditions of the settlement agreement, Plaintiffs will request that the Court enter a dismissal with prejudice in this case.

Dated: August 26, 2009.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

//s// Concepcion E. Lozano-Batista
CONCHITA E. LOZANO-BATISTA
Attorney for Plaintiffs

Dated: August __, 2009

COOK BROWN, LLP

STEPHEN R. MCCUTCHEON, JR.
Attorneys for Defendant

119698/540767

Dated: Aug. 26, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE UPON SETTLEMENT OF CASE
Case No. C 08-5708 JCS