1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No.227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone:    510.337.1001
5  Fax:          510.337.1023

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE BOARD OF TRUSTEES, in their          ) No.    CV 08 5708 JCS
   | capacities as Trustees of the LABORERS   )
12 | HEALTH AND WELFARE TRUST FUND            )
   | FOR NORTHERN CALIFORNIA;                 )
13 | LABORERS VACATION-HOLIDAY TRUST          ) **REQUEST FOR DISMISSAL WITH**
   | FUND FOR NORTHERN CALIFORNIA;            ) **PREJUDICE**
14 | LABORERS PENSION TRUST FUND FOR          )
   | NORTHERN CALIFORNIA; and LABORERS        )
15 | TRAINING AND RETRAINING TRUST            )
   | FUND FOR NORTHERN CALIFORNIA,            )
16 |                                          )
   |          Plaintiff,                      )
17 |                                          )
   |     v.                                   )
18 |                                          )
   | GREGORY W. TERRY, Individually**;**      )
19 | GREGORY W. TERRY, Individually and doing )
   | business as AUBURN GARDENING &           )
20 | LANDSCAPE; AUBURN GARDENING &            )
   | LANDSCAPE,                               )
21 |                                          )
   |          Defendants.                     )
22 |_____)

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. C 08-5708 JCS

1  The undersigned parties, having reached a settlement in the above- referenced case,
2  stipulated that the above-entitled matter be dismissed without prejudice.  Since that time,
3  Defendants have met all the terms and conditions of the settlement agreement.  Accordingly,
4  Plaintiffs request that the Court enter a dismissal with prejudice in this case.

Dated:  July 21, 2010.

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation


                  /s/ Conchita Lozano-Batista
                CONCHITA E. LOZANO-BATISTA
                Attorney for Plaintiffs

119698/540767

Dated:  July 22, 2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
IT IS SO ORDERED
Judge Joseph C. Spero

- 2 -
REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. C 08-5708 JCS

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001